| | |
|---|---|
| LN MANAGEMENT LLC SERIES 1739 WATERCREEK, Appellant, vs. JPMORGAN CHASE BANK, N.A., Respondent. | No. 78530 |

**FILED**

NOV 2 6 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court summary judgment in an action to quiet title. Eighth Judicial District Court, Clark County; Timothy C. Williams, Judge.

On October 3, 2019, this court entered an order directing appellant to file and serve the opening brief and appendix on or before October 17, 2019. The order cautioned appellant that failure to timely file the documents could result in the imposition of sanctions, including the dismissal of this appeal as abandoned.[1] To date, appellant has failed to file the opening brief and appendix, or to otherwise communicate with this court.

Respondent has filed a motion to dismiss this appeal, asserting that appellant has abandoned this appeal. To date, no opposition has been

---

[1]A copy of this order is attached.

 

19-48316

filed. Cause appearing, the motion is granted, and this appeal is dismissed as abandoned.

It is so ORDERED.

_____ Pickering _____, J.
Pickering

_____, J.          _____, J.
Parraguirre                   Cadish


cc:   Hon. Timothy C. Williams, District Judge
      M. Nelson Segel, Settlement Judge
      Kerry P. Faughnan
      Smith Larsen & Wixom
      Eighth District Court Clerk

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC SERIES 1739 WATERCREEK,

                Appellant,

vs.

JPMORGAN CHASE BANK, N.A.,

                Respondent.

No. 78530

**FILED**

OCT 03 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER TO FILE DOCUMENTS

On August 15, 2019, this court issued a notice approving the parties' stipulation for an extension of time to file the opening brief and appendix, and directing appellant to file those documents on or before September 13, 2019. To date appellant has failed to file the missing documents or to otherwise communicate with this court. Accordingly, appellant shall have 14 days from the date of this order to file and serve the opening brief and appendix. Failure to comply with this order may result in the imposition of sanctions, including the dismissal of this appeal as abandoned. NRAP 31(d).

It is so ORDERED.

_____, C.J.

cc:   Kerry P. Faughnan
       Smith Larsen & Wixom

SUPREME COURT
OF
NEVADA

(O) 1947A

19-41015